UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.1:25-cv-23189-DSL

**Churchill Gibson Dunn, Jr., and**
**Cheryl T. Dunn.**

    **Plaintiffs,**

v.

**Yariseldi Cruz and Preferred**
**Exotics, LLC, a Florida limited**
**liability company**

    **Defendants**.

## PLAINTIFFS' REQUEST FOR ISSUANCE OF ALIAS SUMMONS

Plaintiffs, by and through undersigned counsel, respectfully requests that the Clerk issue an Alias Summons directed to Defendant, PREFERRED EXOTICS, LLC, and as grounds therefore states:

1. On July 17, 2025, a Summons was issued by the Clerk for service upon Defendant, PREFERRED EXOTICS, LLC, at its Registered Agent's address listed with the Florida Department of State, Division of Corporations, to wit: 211 NW 56th Avenue, Miami, Florida 33126.

2. Despite diligent efforts, service of process upon the registered agent has been unsuccessful due to the failure of the Florida limited liability company to maintain a registered office as required by Florida Statutes §§ 605.0113 and 48.091.  See Affidavit of Non-Service dated September 19, 2025 and Verified Return of Non-Service dated October 10, 2025 attached hereto as Exhibits "1" and "2" respectively.

3. Pursuant to applicable federal and Florida law, when service cannot be effectuated upon a limited liability company through its registered agent due to failure to comply with statutory

1

requirements, a plaintiff is entitled to obtain an alias summons to attempt service through other lawful means.

4. Accordingly, Plaintiff respectfully requests that the Court direct the Clerk to issue an Alias Summons to Defendant, PREFERRED EXOTICS, LLC, to be served in accordance with Fla. Stat. § 48.161 or § 48.181, as applicable, for substituted service upon the Florida Secretary of State. A form of Alias Summons is attached hereto as Exhibit "3".

5. This request is made in good faith and not for purposes of delay. Plaintiff seeks only to ensure that valid service is achieved in accordance with federal and Florida law.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court direct the Clerk to issue an Alias Summons for Defendant PREFERRED EXOTICS, LLC, and grant such further relief as may be just and proper.

Dated: October 14, 2025.

By: /s/ *John P. Kelly*
John P. Kelly, Esq.
Florida Bar No. 284289
SOTO LAW GROUP, P.A.
*Counsel for Plaintiff*
Centennial Bank Building - Suite 200
130 N. Federal Highway
Fort Lauderdale, FL 33308
Telephone: (954) 567-1776
Facsimile: (954) 567-1778
Primary e-mail: john@sotolawgroup.com
Secondary e-mail:  rebecca@sotolawgroup.com
Tertiary e-mail: jkelly@businesslitigation.com