# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **Churchill Gibson Dunn, Jr.; Cheryl T. Dunn** ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:25-cv-23189-DSL |
| **Yariseldi Cruz; Preferred Exotics, LLC** ) | |
| *Defendant* ) | |

## AFFIDAVIT OF NONSERVICE

I, Louis Abud, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on August 5, 2025, at 7:36 pm. After careful inquiry and diligent attempts, I was unable to serve Preferred Exotics, LLC as I could not find the subject or information as to the location of the subject's whereabouts.

AMENDED COMPLAINT FOR CONVERSION, CIVIL THEFT AND RELATED RELIEF, COUNT I - CONVERSION, COUNT II - VIOLATION OF FLORIDA'S
SUMMONS IN A CIVIL ACTION

Serve Attempt #1
Date / Time: August 8, 2025 11:06 am
Address: 211 Northwest 56th Avenue, Miami, FL 33126
Photo: See Exhibits 1a, 1b, 1c below
Geolocation: https://google.com/maps?q=25.7730729,-80.2865103
Description of attempt: There was no answer at the door. No contact was made. Unable to access the property. A locked gate prevented access to the property. No additional contacts were made. No cars. One truck without a tag.

Serve Attempt #2
Date / Time: August 9, 2025 8:26 am
Address: 211 Northwest 56th Avenue, Miami, FL 33126

Photo: See Exhibits 2a, 2b below
Geolocation: https://google.com/maps?q=25.772923,-80.2864968
Description of attempt: There was no answer at the door. No contact was made. Unable to access the property. A locked gate prevented access to the property. No additional contacts were made. Tag 66A-AZU they have video cameras, so I'm sure they see me here already. He has a hood in front of his house.

Serve Attempt #3
Date / Time: August 14, 2025 11:34 am
Address: Preferred Exotics LLC, 1000 Brickell Ave, Suite 715, Miami, FL 33131
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=25.7642543,-80.1918943
Description of attempt: No contact was made with anyone at the business. There was no response at the door or intercom. Observed 715 is called Miami mail. This is a company that receives letters packages for different companies. She looked up the company and that company closed box down a year ago. No additional contacts were made.

Serve Attempt #4
Date / Time: August 18, 2025 12:19 pm
Address: 2020 N Bayshore Dr, apt 2801, Miami, FL 33137
Photo: See Exhibits 4a, 4b, 4c, 4d below
Geolocation: https://google.com/maps?q=25.7961468,-80.1887229
Description of attempt: I spoke with concierge Romero. They stated that they do not know the subject. Observed package/mail addressed to a different individual. No additional contacts were made. I knocked on the door of the unit. No answer. There was a package there addressed to Stephanie.

Serve Attempt #5
Date / Time: August 23, 2025 11:59 am
Address: 936 NE 132nd St, North Miami, FL 33161
Photo: None
Description of attempt: I spoke with a resident Casey Mendez at the location. They stated that they know the subject but that the subject does not reside at this address. Casey says she has a baby with the defendant. She then called the defendant, and the defendant told her not to accept. They are separated but not married, and he does not live there. A White Bentley with license plate Lup6432 was parked in the driveway. No additional contacts were made.

Serve Attempt #6
Date / Time: August 28, 2025 11:06 am
Address: 233 11th Street, Miami Beach, FL 33139
Photo: See Exhibit 6a below
Geolocation: https://google.com/maps?q=25.781861,-80.1317841
Description of attempt: I spoke with an employee. They stated that i talk to wini she called her boss he said that cruz is out of town i gave. Her my phone number. So when she gets more information she's going to call me supposedly. Observed no relevant observations were made. No additional contacts were made.

Serve Attempt #7
Date / Time: September 1, 2025 11:26 am

Address: 233 11th Street, Miami Beach, FL 33139
Photo: See Exhibits 7a, 7b below
Geolocation: https://google.com/maps?q=25.7818769,-80.1318326
Description of attempt: No contact was made with anyone at the business. There was no response at the door or intercom. Observed the business was closed at the time of the attempt. No additional contacts were made.

Serve Attempt #8
Date / Time: September 3, 2025 1:31 pm
Address: 233 11th Street, Miami Beach, FL 33139
Photo: See Exhibit 8a below
Geolocation: https://google.com/maps?q=25.7818652,-80.1318331
Description of attempt: I spoke with the receptionist/front desk staff. They stated that according to Wini the defendant is out of town for 2 more weeks. Observed no relevant observations were made. No additional contacts were made.

Total Cost: $425.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in _SEPTEMBER_ **19** on _2025_.

Signature
Louis Abud
10041, 11th Judicial Circuit
+1 (786) 897-0499
1430 South Dixie Highway, 105, Coral Gables, FL





























AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Churchill Gibson Dunn, Jr., and Cheryl T. Dunn )<br><br>*Plaintiff(s)*<br>v.<br>RDYC Group, LLC, Yariseldi Cruz and Preferred Exotics, LLC<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-23189-DSL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Preferred Exotics, LLC
by service on its Registered Agent
Yaritseldi Cruz
211 NW 56th Ave.
Miami, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John P. Kelly, Esq.
Soto Law Group PA
1430 N. Federal Hwy., Suite 200
Ft. Lauderdale, FL 33304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jul 17, 2025

s/ K. Rivers
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court