## VERIFIED RETURN OF NON-SERVICE

| | | |
|---|---|---|
| State of Florida | County of Miami-Dade | Circuit Court |

Case Number: 2025-019024-CA-01

ABV2025003122

Plaintiff:
**ROBERT G. DUNN**

vs.

Defendant:
**PREFERRED EXOTICS, LLC; and YARISELDI CRUZ**

For:
John Kelly. Esq.
Soto Law Group, P.A.
1430 N. Federal Hwy
Suite 200
Ft. Lauderdale, FL 33304

Received by On Time Legal Services, a Division of OTD on the 8th day of October, 2025 at 7:23 pm to be served on **Preferred Exotics, LLC By Service On Its Registered Agent Yariseldi Cruz, 211 NW 56th Ave., Miami, FL 33126**.

I, Rafael Gonzalez, do hereby affirm that on the **10th day of October, 2025** at **11:58 am, I:**

**NON-SERVED** the **Civil Action Summons and Complaint For Conversion and Civil Theft and Related Relief** for the reason that I failed to find **Preferred Exotics, LLC By Service On Its Registered Agent Yariseldi Cruz** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
10/10/2025  11:58 am  Attempted service at 211 NW 56th Ave., Miami, FL 33126 truck parked inside yard no tag no answer at door dog inside White Chevy Silverado

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare I have read the foregoing verified return of service and that the facts stated in it are true. Pursuant to FS 92.525(2), no notary is required.

**Rafael Gonzalez**
CPS 1250

**On Time Legal Services, a Division of OTD**
**3620 NE 5th Avenue**
**Oakland Park, FL 33334**
**(954) 564-5447**

Our Job Serial Number: ABV-2025003122

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ROBERT G. DUNN

CASE NO. 2025-019024-CA-01

    Plaintiff,

v.

PREFERRED EXOTICS, LLC;
and YARISELDI CRUZ,

    Defendants.
_____/

## CIVIL ACTION SUMMONS

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this action on Defendant:

    **Preferred Exotics, LLC, a Florida limited liability company**
    **by service on its Registered Agent**
    **Yariseldi Cruz**
    **211 NW 56th Ave.**
    **Miami, FL 33126**

    Each Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, **John P. Kelly, Esq., Soto Law Group, P.A., 1430 N. Federal Hwy., Suite 200, Fort Lauderdale, FL 33304**; within twenty (20) days after service of this Summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint or Petition.

    **WITNESS my hand and the Seal of said Court.**

DATE ISSUED: ___10/3/2025___

**JUAN FERNANDEZ-BARQUIN, ESQ.**
**As Clerk of said Court**

/s/ _____ /36565



**By:** _____
    **As Deputy Clerk**

Page 1 of 2

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

**Si usted es una persona con discapacidad que necesita alguna adaptación para participar en este procedimiento, tiene derecho, sin costo alguno, a recibir cierta asistencia. Comuníquese con Aliean Simpkins, Coordinadora de la ADA del Tribunal del Undécimo Circuito Judicial, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; teléfono (305) 349-7175; TDD (305) 349-7174; correo electrónico: ADA@jud11.flcourts.org; o por fax al (305) 349-7355, al menos siete (7) días antes de su comparecencia programada ante el tribunal, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia programada es inferior a siete (7) días. Si tiene problemas de audición o voz, llame al 711.**

**Si vous êtes une personne handicapée nécessitant des aménagements pour participer à cette procédure, vous avez droit, sans frais, à une assistance. Veuillez contacter Aliean Simpkins, coordinatrice ADA du tribunal du onzième circuit, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128 ; téléphone : (305) 349-7175 ; ATS : (305) 349-7174 ; courriel : ADA@jud11.flcourts.org ; ou par fax : (305) 349-7355, au moins sept (7) jours avant votre comparution, ou immédiatement après réception de cette notification si le délai avant la comparution est inférieur à sept (7) jours ; si vous êtes malentendant ou malentendant, appelez le 711.**

**Si ou se yon moun ki andikape ki bezwen nenpòt aranjman pou patisipe nan pwosedi sa a, ou gen dwa, san okenn frè pou ou, pou yo ba ou sèten asistans. Tanpri kontakte Aliean Simpkins, Kowòdinatè ADA nan Onzyèm Tribinal Sikwi Jidisyè a, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; oubyen pa Faks nan (305) 349-7355, omwen sèt (7) jou anvan ou parèt nan tribinal la, oubyen touswit apre ou fin resevwa notifikasyon sa a si tan anvan ou parèt nan tribinal la mwens pase sèt (7) jou; si ou gen pwoblèm pou tande oubyen pale, rele 711.**